THOMAS C. WYLIE, Respondent, *v.* FRED P. STEVENS, Appellant.

Submitted October 9, 1941; decided November 19, 1941.

*Ransom Pratt* for appellant.

*Ray S. Cooper* for respondent.

Appeal dismissed, with costs, on the ground the order does not finally determine the action within the meaning of the Constitution. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.